IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01061-BNB

WALID MOAZ,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Marcia S. Krieger and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED May 26, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01061-BNB

Walid Moaz
6825 E Iliff Ave #402
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 26, 2011.

                                             GREGORY C. LANGHAM, CLERK

                                By: _____
                                                    Deputy Clerk