**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01061-MSK-KMT                 FTR - Courtroom C-201

**Date:** May 11, 2012                                                    Deputy Clerk, Nick Richards


WALID MOAZ,                                                                Pro Se

       Plaintiff,

v.

SAFEWAY INC.,                                                              Joseph Neguse

       Defendant.

---

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in Session: 1:30 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendant's Motion to Compel Responses to Defendant's First Set of Discovery Requests [Doc. No. 47, filed March 16, 2012].

Oral argument by plaintiff
Oral argument by defendant

**Court in Recess: 1:55 p.m.**
**Court in Session: 2:26 p.m.**

It is **ORDERED**:       Defendant's Motion to Compel [47] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** as to Interrogatory Nos. 2, 9, 10, 11, and 12. Plaintiff shall expand his response to Interrogatory No. 2 by providing Defendant a detailed computation of the type of damages and his calculations associated therewith. As to Interrogatory Nos. 9 and 10, plaintiff shall supplement any claims or charges he has brought (whether or not such claims or charges resulted in litigation) and any caption, court, court number, and dates in which Mr. Moaz has been a plaintiff, defendant, or witness. Plaintiff shall supplement Interrogatory Nos. 11 and 12 with a complete list of witnesses and persons with knowledge of the

>matter beyond names.
>
>The motion is **DENIED** as to Interrogatory No. 3.
>
>The motion is **GRANTED IN PART** as to Interrogatory No. 4 and related Requests for Production of Documents. Plaintiff shall request from the IRS his complete 2010 and 2011 tax returns and provide them to defense counsel upon receipt of the returns. Plaintiff shall file his request with the IRS for the two returns **on or before May 16, 2012**
>
>Plaintiff shall supplement his responses to Interrogatory Nos. 2, 9, 10, 11, and 12 as detailed during the hearing on or before May 25, 2012.
>
>The motion is **DENIED** as to sanctions.

It is **ORDERED**:     Defendant's oral Request to Reconsider Sanctions is **DENIED**.

**Court in Recess: 3:30 p.m.**
Hearing concluded.
Total In-Court Time     01:29

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.