IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01061-MSK-KMT

WALID MOAZ,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on March 19, 2013, Granting Motion for Summary Judgment, it is

ORDERED that judgment is entered in favor of the defendant and against Mr. Moaz on the claim(s) in this case. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

Dated this 19th day March, 2013.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Edward Butler

Edward Butler
Deputy Clerk